IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| METROPOLITAN LIFE,<br>INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>BRENDA PASCO, CHARLIE WYLIE,<br>CARRIE LEE MILLER, as personal<br>representative of the Estate of EDDIE<br>LEE WYLIE, and HALL, JONES AND<br>BROWN FUNERAL HOME, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.: CV204-152 |

IN RE: LEAVE OF ABSENCE

Application for Leave of Absence has been requested by Elizabeth H. Bondurant for the periods of June 20, 2005, through June 29, 2005, and July 21, 2005, through and including August 9, 2005, in the captioned case. (Doc. 10.)

The above and foregoing request for Leave of Absence is **APPROVED**; however, the attorney must make arrangements for other counsel in the event the case is scheduled for hearing or trial.

**SO ORDERED**, this 4th day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

UNITED STATES DISTRICT COURT
Southern District of Georgia

Case Number:    2:04-cv-00152
Date Served:    May 4, 2005
Served By:      Lee G. LaVictoire

Attorneys Served:

  Nikole M. Crow, Esq.
  Elizabeth J. Bondurant, Esq.
  Charlie Wylie
  Donald Carlton Gibson, Esq.

_____ Copy placed in Minutes

__✓__ Copy given to Judge

__✓__ Copy given to Magistrate