IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

METROPOLITAN LIFE INS CO.      :

VS.                            :     CV204-152

BRENDA PASCO, ETAL             :

ORDER

Notice is hereby give that Metropolitan Life Ins. Co. has deposited with the Court the sum of $4,000.00 under F.R.C.P. 67. The money, designated as Registry funds, is hereby ordered to be deposited at interest in accordance with the general order of this Court entered September 23, 1983.

DONE, this 17th day of May 2004, by Order of the Court.

SCOTT L. POFF, CLERK

BY/s/ _____
Deputy Clerk