IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUN 14 P 4 08

CLERK
SO. DIST. OF GA.

METROPOLITAN LIFE )
INSURANCE COMPANY )
)
    Plaintiff )
) CIVIL ACTION FILE NO.
v. )
) 2:04-CV-00152-AAA
BRENDA PASCO, CHARLIE  WYLIE, )
CARRIE LEE MILLER, as personal )
representative of the Estate of EDDIE )
LEE WYLIE, and HALL, JONES AND )
BROWN FUNERAL HOME, INC. )
)
    Defendants )

## ORDER

Having granted plaintiff's motion to serve Brenda Pasco by publication on

May 31, 2005, and having read the plaintiff's Motion for Approval and the

attached exhibit, it is hereby ordered that the order attached as Exhibit A to the

Motion for Approval is approved by this Court.  It is further ordered that the Clerk

of Court shall sign the order attached as Exhibit A to the Motion for Approval, and

that plaintiff Metropolitan Life Insurance Company may publish such order in The

Albany Herald and The Brunswick News, not less than once a week for six

consecutive weeks.

SO ORDERED, this _14th_ day of June, 2005.

~~Honorable Anthony A. Alaimo~~ James E. Graham
~~United States District Judge~~ MAGISTRATE JUDGE

Order prepared by:

Elizabeth J. Bondurant
Georgia Bar No. 066690
Nikole M. Crow
Georgia Bar No.198359

Attorneys for Plaintiff
Metropolitan Life Insurance Company

CARTER & ANSLEY LLP
2300 Atlantic Center Plaza
1180 West Peachtree Street
Atlanta, Georgia 30309
(404) 658-9220 - Telephone
(404) 658-9726 - Facsimile