# United States District Court
## Southern District of Georgia
### Brunswick Division



METROPOLITAN LIFE INSURANCE
COMPANY

\*

\*          CASE NUMBER   CV 204-152

VS

\*

BRENDA PASCO; CHARLIE WYLIE AND
CARRIE LEE MILLER, AS PERSONAL REP.
OF THE EST. OF EDDIE LEE WYLIE,
Including all counter-claims

\*

\*

\*

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS ORDERED that this action is hereby dismissed with prejudice subject to the right, upon good cause shown within sixty (60) days, to reopen the action for the sole purpose of enforcing the settlement.

IT IS FURTHER ORDERED that the Clerk of Court serve copies of this order, by United States mail, upon the attorneys of record for the parties appearing in this cause.

**SO ORDERED**, this _12th_ day of ___January___, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA