IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY )<br>)<br>)<br>Plaintiff )<br>)<br>) CIVIL ACTION FILE NO.<br>v. )<br>) 2:04-CV-00152-AAA<br>BRENDA PASCO, CHARLIE WYLIE, )<br>and CARRIE LEE MILLER, as personal )<br>representative of the Estate of EDDIE )<br>LEE WYLIE )<br>)<br>Defendants ) | |

## CONSENT ORDER

This action in interpleader was brought on October 29, 2004, to resolve conflicting claims to certain life insurance proceeds payable by Metropolitan Life Insurance Company ("MetLife") an employee welfare benefit plan, by reason of the death of Eddie Lee Wylie. Therewith, MetLife file a motion to deposit the amount of $4,000.00, representing the life insurance benefits payable by reason of the death of Eddie Lee Wylie. By order dated November 2, 2004, the Clerk of Court was ordered to receive the proceeds into the registry of the Court. Pursuant to the Court's Order, MetLife deposited $4,000.00 into the registry of the Court on May 17, 2005. All defendants filed answers and have continued to assert competing claims to the proceeds of the policy.

However, during the settlement conference held by the Court on January 12, 2006, the defendants reached an agreement regarding the disbursement of the interpleader fund. The funds are to be disbursed as follows:

(1)   $1,500.00 payable to defendant Charlie Wylie at his address: 127 Shangri La Avenue, Brunswick, Georgia 31525;

(2)   $1,500.00 payable to defendant Carrie Lee Miller as personal representative of the Estate of Eddie Lee Wylie, c/o Carlton Gibson, Esq., Post Office Box 2630, Brunswick, Georgia 31521-2630; and

(3)   $1,000.00 to defendant Brenda Pasco, c/o W. Douglas Adams, Esq.,
*Accrued interest to be pro-rated among the parties.
Post Office Box 857, Brunswick, Georgia 31521-0857.

Having paid the aforesaid sums into the registry of the Court and having thereby discharged its liability for the payment of the life insurance benefits and interest under the policy, MetLife sought by motion to be discharged from this action and from any and all further liability to Brenda Pasco, Charlie Wylie, and Carrie Lee Miller, as personal representative of the Estate of Eddie Lee Wylie, or any other party potentially entitled to the life insurance benefits. That motion was pending before the Court at the time of the settlement conference.

All parties having consented hereto, the Court enters the following order:

(1) MetLife is hereby released and discharged from any and all liability to Brenda Pasco, Charlie Wylie, and Carrie Lee Miller, as personal representative of

the Estate of Eddie Lee Wylie, and to each of them, or any other potential party arising under the policy by reason of the death of Eddie Lee Wylie;

(2) Brenda Pasco, Charlie Wylie, and Carrie Lee Miller, as personal representative of the Estate of Eddie Lee Wylie are hereby permanently restrained from instituting or prosecuting any other proceeding against MetLife in any State or United States Court affecting the aforesaid life insurance benefits and interest;

(3) This action is hereby dismissed with prejudice; and

(5) The Clerk of this Court shall disburse the interpleader fund from the registry of this Court as outlined above.

So Ordered, this 26 day of January, 2006.

Honorable Anthony A. Alaimo
United States District Judge

Order Prepared By:

*Nikole M. Crow*
Elizabeth J. Bondurant
Georgia Bar No. 066690
Nikole M. Crow
Georgia Bar No. 198359
Attorneys for Plaintiff
Metropolitan Life Insurance Company

CARTER & ANSLEY LLP
2300 Atlantic Center Plaza
118 West Peachtree Street
Atlanta, Georgia 30309
(404) 658-9220 (telephone)
(404) 658-9726 (facsimile)

Consented to:

_____
Charlie Wylie, *Pro Se*

127 Shangri La Avenue
Brunswick, Georgia 31525
(912) 264-7460 (telephone)




_____
Carlton Gibson
Georgia Bar No. 292819

Attorney for defendant Carrie Lee
Miller, as personal representative for
the Estate of Eddie Lee Wylie

Post Office Box 2630
Brunswick, Georgia 31521
(912) 265-7753 (telephone)

_____
W. Douglas Adams
Georgia Bar No. 004650

Attorney for defendant Brenda Pasco

Post Office Box 857
Brunswick, Georgia 31521
(912) 265-1966 (telephone)